UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| NGM INSURANCE COMPANY, ) ) Plaintiff, ) ) v. ) ) HARVEY PENDLETON and ) SCOTT KING ) ) Defendants. ) | Civil Action No.: |

**ORDER PERMITTING DEPOSIT OF FUNDS INTO THE REGISTRY OF THE COURT**

This matter is before the Court on the Motion of plaintiff, NGM Insurance Company ("NGM"), pursuant to 28 U.S.C. §1335(a)(2), Rule 67 of the Federal Rules of Civil Procedure, and Local Rule 67.2 (a) (D. NH), for leave to deposit the sum of $10,000.00 into the registry of the Court. Contemporaneously with the filing of its Motion, NGM filed a Complaint for interpleader in this action.

IT APPEARING TO THE COURT that the Motion is well taken, and that there is good cause to permit the deposit.

IT FURTHER APPEARING TO THE COURT that in connection with the Motion, NGM has presented a check in the amount of $10,000.00, made payable to the Clerk - United States District Court, as a deposit of funds involved in the interpleader action.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that:

JL 9/8/10

~~NGM'S Motion for Leave is GRANTED, and~~ The Clerk shall accept for deposit NGM'S check in the amount of $10,000.00 tendered with the Motion and deposit it into the registry of the Court.

34060498v1 912828 60624

The funds so deposited are ordered subject to the ultimate disposition of the Court in this action; and

NGM shall serve a copy of this Order on the defendants herein with service of the complaint in the instant action.

Dated June ___, 2010

9/8/10

_____
United States District Judge

34060498v1 912828 60624